**Electronically Filed
Supreme Court
SCWC-20-0000153
28-SEP-2021
02:12 PM
Dkt. 5 OGAC**

SCWC-20-0000153

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellant,

vs.

JOHN KEONI JARDINE, also known as JOHN KEONI JARDINE III
and JOHN JARDINE III,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000153; CR. NO. 1CPC-19-0001233)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff-Appellant's Application for Writ of Certiorari, filed on September 15, 2021, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, September 28, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

